1  **KRIS J. KRAUS**
    California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
    Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         ) Case No.  08MJ2238
                                      )
11         Plaintiff,                 )
                                      )
12  v.                                ) **NOTICE OF ATTORNEY APPEARANCE**
                                      )
13  MATTHEW GALLAGHER,                )
                                      )
14                                    )
           Defendant.                 )
15                                    )
    _____)
16

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris

18  J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the

19  above-captioned case.

20                                    Respectfully submitted,

21

22  Dated:  July 28, 2008              /s/ Kris J. Kraus
                                      **KRIS J. KRAUS**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
24                                    Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 28, 2008                    */s/ Kris J. Kraus*
                                         **KRIS J. KRAUS**
                                         Federal Defenders of San Diego, Inc.
                                         Kris_Kraus@fd.org