KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW GALLAGHER,<br><br>　　　　　　Defendant. | CASE NO. 08-MJ-02238-LSP<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>CASE FILED:　　July 23, 2008 |

TO THE HONORABLE LEO S. PAPAS, AND ALL PARTIES OF RECORD:

　　Defendant, MATTHEW GALLAGHER, hereby substitutes KRISTOPHER S. YOUNG, ESQ., of HIGGS, FLETCHER & MACK, 401 West "A" Street, 26th Floor, San Diego, California 92101; telephone (619) 236-1551; facsimile (619) 696-1410; e-mail youngk@higgslaw.com; as his counsel, in place and stead of : KRIS KRAUS, ESQ., of Federal Defenders of San Diego, Inc.

　　Henceforth, all notices, pleadings, and other documents should be served on Kristopher S. Young, Esq., Higgs, Fletcher & Mack.

Dated: July 28, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MATTHEW GALLAGHER
　　　　　　　　　　　　　　　　　　　Defendant

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

868957.1　　　　　　　　　　　　1　　　　　　　　SUBSTITUTION OF ATTORNEYS

1  I consent to this substitution.

2  Dated: July 29, 2008

3

4                                              FEDERAL DEFENDERS OF SAN
                                               DIEGO, INC.
5

6                                              By: _____
                                                    Kris Kraus, Esq.
7

8  I consent to this substitution.

9  Dated: July 29, 2008

10
                                               HIGGS, FLETCHER & MACK
11

12                                             By: _____
                                                    Kristopher S. Young, Esq.
13

14  IT IS SO ORDERED:

15  Dated: _____, 2008

16

17                                             _____
                                               The Honorable Leo S. Papas
18                                             Judge of the United States District Court

19

20

21

22

23

24

25

26

27

28

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

868957.1                         2                SUBSTITUTION OF ATTORNEYS

1  I consent to this substitution.

2  Dated: July ____, 2008

FEDERAL DEFENDERS OF SAN DIEGO, INC.

By: _____
    Kris Kraus, Esq.

I consent to this substitution.

Dated: July 29, 2008

HIGGS, FLETCHER & MACK

By: _____
    Kristopher S. Young, Esq.

IT IS SO ORDERED:

Dated: _____, 2008

_____
The Honorable Leo S. Papas
Judge of the United States District Court

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

868957.1                                    2                         SUBSTITUTION OF ATTORNEYS

KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
TEL:  619.236.1551
FAX:  619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MATTHEW GALLAGHER,<br><br>            Defendant. | CASE NO. 08-MJ-02238-LSP<br><br>**PROOF OF SERVICE BY MAIL**<br><br>CASE FILED:        July 23, 2008 |

    I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 401 West "A" Street, Suite 2600, San Diego, California  92101-7913.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On July 30, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

    SUBSTITUTION OF ATTORNEY FOR DEFENDANT
    MATTHEW GALLAGHER

in a sealed envelope, postage fully paid, addressed as follows:

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

869330.1                                                                                          Case No. 08-MJ-02238-LSP

| | |
|---|---|
| <u>**Attorney for Material Witnesses:**</u> <u>Eva Orozco-Correa, Jacinto Orozco-Correa, Rosalba Vergara-Pallares</u> Reza Keramati Law Offices of Reza Keramati 110 West C Street, Suite 1300 San Diego, CA 92101-3978 Phone: 619-231-2529 Fax: 619-231-2528 Email: rabrera@emlslaw.com | <u>**Attorney for Plaintiff**</u> United States of America Carla Bressler, Esq. United States Attorneys Office 880 Front Street, Room 6293 San Diego, CA 92101 Phone: 619-557-5610 Fax: 619-557-5917 Email: Efile.dkt.gc2.@usdoj.gov |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008, at San Diego, California.

_____
Nancy Moklestad