1  KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
   youngk@higgslaw.com
2  HIGGS, FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
3  San Diego, CA 92101-7913
   TEL: 619.236.1551
4  FAX: 619.696.1410

5  Attorneys for Defendant
   MATTHEW GALLAGHER

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-MJ-02238-LSP |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE FOR KRISTOPHER S. YOUNG** |
| MATTHEW GALLAGHER, | CASE FILED:    July 23, 2008 |
| Defendant. | |

PLEASE TAKE NOTICE that Kristopher S. Young, Esq. of Higgs, Fletcher & Mack LLP hereby appears in this action as counsel for the above-captioned defendant, Matthew Gallagher. Copies of all briefs, motions, orders, correspondence, and other papers filed with the Court may be electronically served on Kristopher S. Young pursuant to Local Criminal Rule 49.1, at the following electronic mail address youngk@higgslaw.com.

DATED: July 30, 2008                    HIGGS, FLETCHER & MACK LLP

                                         By: /s/ Kristopher S. Young
                                         KRISTOPHER S. YOUNG
                                         Attorneys for Defendant
                                         Matthew Gallagher

KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MATTHEW GALLAGHER,<br><br>            Defendant. | CASE NO. 08-MJ-02238-LSP<br><br>**PROOF OF SERVICE BY MAIL**<br><br>CASE FILED:    July 23, 2008 |

    I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 30, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

    NOTICE OF APPEARANCE FOR KRISTOPHER S. YOUNG

in a sealed envelope, postage fully paid, addressed as follows:

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

869330.1

Case No. 08-MJ-02238-LSP

| | |
|---|---|
| **Attorney for Material Witnesses:** <br> **Eva Orozco-Correa, Jacinto** <br> **Orozco-Correa, Rosalba Vergara-** <br> **Pallares** <br> Reza Keramati <br> Law Offices of Reza Keramati <br> 110 West C Street, Suite 1300 <br> San Diego, CA 92101-3978 <br> Phone: 619-231-2529 <br> Fax: 619-231-2528 <br> Email: rabrera@emlslaw.com | **Attorney for Plaintiff** <br> United States of America <br> Carla Bressler, Esq. <br> United States Attorneys Office <br> 880 Front Street, Room 6293 <br> San Diego, CA 92101 <br> Phone: 619-557-5610 <br> Fax: 619-557-5917 <br> Email: Efile.dkt.gc2.@usdoj.gov |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008, at San Diego, California.

_/s/ Nancy Moklestad_
Nancy Moklestad