KRISTOPHER S. YOUNG, ESQ. (Bar No. 220013)
youngk@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendant
MATTHEW GALLAGHER

FILED
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GALLAGHER,<br><br>Defendant. | CASE NO. 08-MJ-02238-LSP<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>CASE FILED:    July 23, 2008 |

TO THE HONORABLE LEO S. PAPAS, AND ALL PARTIES OF RECORD:

Defendant, MATTHEW GALLAGHER, hereby substitutes KRISTOPHER S. YOUNG, ESQ., of HIGGS, FLETCHER & MACK, 401 West "A" Street, 26th Floor, San Diego, California 92101; telephone (619) 236-1551; facsimile (619) 696-1410; e-mail youngk@higgslaw.com; as his counsel, in place and stead of: KRIS KRAUS, ESQ., of Federal Defenders of San Diego, Inc.

Henceforth, all notices, pleadings, and other documents should be served on Kristopher S. Young, Esq., Higgs, Fletcher & Mack.

Dated: July 28, 2008

_____
MATTHEW GALLAGHER
Defendant

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

868957.1                    1                    SUBSTITUTION OF ATTORNEYS

| | |
|---|---|
| 1  I consent to this substitution. | |
| 2  Dated: July 29, 2008 | |
| 3 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
| 4 | |
| 5 | By: _____ |
| 6 | Kris Kraus, Esq. |
| 7 | |
| 8  I consent to this substitution. | |
| 9  Dated: July 29, 2008 | |
| 10 | |
| 11 | HIGGS, FLETCHER & MACK |
| 12 | By: _____ |
| 13 | Kristopher S. Young, Esq. |
| 14  IT IS SO ORDERED: | |
| 15  Dated: 7/29, 2008 | |
| 16 | |
| 17 | _____ |
| 18 | The Honorable Leo S. Papas |
| 19 | Judge of the United States District Court |

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

868957.1        2        SUBSTITUTION OF ATTORNEYS