UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 2616-BEN |
| Plaintiff | ) | CRIMINAL NO. 08mj2238 |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| MATTHEW GALLAGHER | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

JACINTO OROZCO - CORREA

DATED: 8/7/8

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Jarabek
Deputy Clerk

**J. JARABEK**

CLERK'S OFFICE COPY            ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95