(3)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> MATTHEW GALLAGHER ) <br> ) <br> Defendant(s) ) <br> ) | 08CR 2416-BEN <br><br> CRIMINAL NO. 08mj 2238 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

ROSALBA VERGARA - PALLARES

DATED: 8/7/8

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
     DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
    Deputy Clerk
**J. JARABEK**